

Aronberg Goldgehn Davis & Garmisa
330 North Wabash Ave., Suite 1700
Chicago, Illinois 60611-3586
TEL: 312-828-9600
FAX: 312-828-9635
www.agdglaw.com

Christopher W. Niro
DIRECT: 312-755-3161
DIRECT FAX: 312-222-6382
cniro@agdglaw.com

OUR FILE NUMBER: 103477.00200

February 17, 2021

**VIA ECF**
Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

RE:     *Mendel Paneth v. John Doe 1 Through 3*

Dear Judge Kuo:

Plaintiff Mendel Paneth ("Plaintiff") submits this letter in response to the Court's February 16, 2021 docket entry in which the Court ordered Plaintiff to file a proposed summons immediately. Plaintiff would like to provide further background regarding this issue and seeks the Court's guidance regarding the same.

At this time, Plaintiff is in the process of issuing a subpoena to YouTube (and its parent company Google, Inc.) in order to ascertain the identities of the individuals, who are currently named as Defendants John Doe 1 Through 3, and who posted certain defamatory statements online regarding Plaintiff. Once Plaintiff receives a response to his subpoena, he intends to amend his Complaint to identify the individual defendants and will then issue and serve summonses upon the same individual defendants as well.

Respectfully Submitted,

*/s/ Christopher W. Niro*
Christopher W. Niro

cc:     *All counsel of record via ECF*
4816-6313-1357, v. 1